ERIN E. HOLBROOK, Chief Counsel
ALAN M. STEINBERG, Deputy Chief Counsel
HEIDI SKINNER, Acting Assistant Chief Counsel
MATTHEW B. GEORGE, Bar No. 210032
DANIEL D. O'SHEA. Bar No. 238534
1120 N Street (MS 57), P.O. Box 1438
Sacramento, CA  95812-1438
Telephone:  (916) 654-2630
Facsimile:  (916) 654-6128

Attorneys for Defendant Adetokunbo "Toks" Omishakin,
Director, California Department of Transportation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORCAL OUTDOOR MEDIA, LLC, | Case No.: 2:19-CV-02338-JAM-DB |
| Plaintiff, | Honorable John A. Mendez |
| vs. | ORDER |
| XAVIER BECERRA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA;  ADETOKUNBO "TOKS" OMISHAKIN, DIRECTOR, CALIFORNIA DEPARTMENT OF TRANSPORTATION, | Trial Date: May 24, 2021<br>Complaint Filed: November 19, 2019 |
| Defendant(s) | |

The Court, having considered the Stipulation of the Parties, and good cause appearing therefrom, hereby orders that the deadlines contained in the STATUS (Pre-trial Scheduling) ORDER (Dkt. No. 10) are amended as follows:

1. Trial: January 31, 2022 at 9:00 a.m.
2. Final Pre-Trial Conference: December 17, 2021 at 10:00 a.m.
3. Dispositive motion filing: August 27, 2021
4. Dispositive motion hearing: October 19, 2021 at 1:30 p.m.
5. Discovery cut-off date: July 15, 2021;
6. Joint Mid-Litigation Statement Filing Deadline: Fourteen (14) days prior to the close of discovery.

All other provisions of the scheduling order remain unchanged.

IT IS SO ORDERED.

DATED:  December 4, 2020                 /s/ John A. Mendez
                                         THE HONORABLE JOHN A. MENDEZ
                                         UNITED STATES DISTRICT COURT JUDGE