Joshua R. Furman, Bar No. 225461
jrf@furmanlawyers.com
JOSHUA R. FURMAN LAW CORPORATION
16133 Ventura Boulevard, Penthouse
Encino, California 91436
Telephone: (818) 646-4300
Facsimile: (818) 646-4301

*Attorney for Plaintiff,*
NORCAL OUTDOOR MEDIA, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORCAL OUTDOOR MEDIA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>XAVIER BECERRA, in his capacity as Attorney General of the State of California; TOKS OMISHAKIN, in his capacity as Director of the California Department of Transportation,<br><br>Defendants. | **CASE NO. 2:19-CV-02338-JAM-DB**<br><br>**STIPULATION AND ORDER RE: TIME FOR PLAINTIFF TO FILE AMENDED COMPLAINT** |

///

WHEREAS, on December 22, 2020, the Court issued its Order dated December 21, 2020, Granting Defendant's Motion for Judgment on the Pleadings and provided Plaintiff with 20 days' leave to amend;

WHEREAS, the 20-day period period to amend from the December 21, 2020 Order date expires on January 10, 2021;

WHEREAS, Plaintiff is in the process of retaining new counsel;

WHEREAS, Defendant does not object to extending the time for Plaintiff to amend for an additional 14 days;

WHEREFORE, subject to approval of the Court, Plaintiff shall have until January 25, 2021, the first Court day following the expiration of 14 additional days, to file its First Amended Complaint.

IT IS SO STIPULATED.

DATED:  January 7, 2020                JOSHUA R. FURMAN LAW CORP.

By:     */s/ Joshua R. Furman*
JOSHUA R. FURMAN
*Attorney for Plaintiff,*
NorCal Outdoor Media, LLC

DATED:  January 7, 2020                CALIFORNIA DEPARTMENT OF TRANSPORTATION

By:     */s/ Matthew B. George*
MATTHEW B. GEORGE
*Attorney for Defendant,*
Toks Omishakin

AS STIPULATED, IT IS SO ORDERED.

DATED:  January 7, 2021                /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE